IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 19-CR-53-WMC |
| BRIAN J. GARBE, | 18 U.S.C. §2252(a)(2) |
| | 18 U.S.C. §2253 |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 27, 2016, in the Western District of Wisconsin, the defendant,

BRIAN J. GARBE,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct, specifically, GARBE downloaded a video from the internet with a file name beginning with 159 depicting a minor engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 2

On or about March 3, 2016, in the Western District of Wisconsin, the defendant,

BRIAN J. GARBE,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct, specifically, GARBE downloaded a video from the internet with a file name beginning with p10 depicting a minor engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 3

On or about October 18, 2016, in the Western District of Wisconsin, the defendant,

## BRIAN J. GARBE,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct, specifically, GARBE downloaded a video from the internet with a file name beginning with 4mo depicting a minor engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1 through 3 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2252(a)(2), pursuant to Title 18, United States Code, Section 2253, the defendant,

## BRIAN J. GARBE,

shall forfeit to the United States his right, title, and interest in:

(1)  Any and all visual depictions which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

(2)  any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including a Seagate GoFlex 500 GB hard drive.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 4/24/2019

_____
SCOTT C. BLADER
United States Attorney

3