IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

               Plaintiff,                 **AFFIDAVIT OF BRIAN GARBE**

vs.

**BRIAN GARBE,**

                                   Case No. 19-cr–53

               Defendant.

STATE OF WISCONSIN    )
                          ) SS.
COUNTY OF DANE       )

        BRIAN GARBE being first duly sworn under oath states as follows:

        1.     Affiant is the defendant in the above-entitled matter.

        2.     Affiant has reviewed the Search Warrant in this matter and takes exception to some of the statements that are contained therein.

        3.     Before purchasing a script as stated in paragraph 24 of the Search Warrant, one was unable to see everything that was in that script. A preview file was provided, not necessarily of the script; however, the preview did not reveal the content of the script to be purchased. The images are contained in a zip file or .exe file which cannot be opened without the password. The script name as stated in paragraph 28 of the Search Warrant did not indicate what was in the file.

        4.     Website M contained a lot of information that was not child pornography. Specifically, there were forums to chat with others and pictures of models who were clothed.

        5.     In order to view other activity, one had to go through website links to get there.

6.      Affiant did not frequent the web site with the intention of viewing child pornography.

This Affidavit is given in support of the Second Motion for Additional Discovery.

Dated this 24th day of September, 2019.

Brian Garbe

Subscribed and sworn to before me
this 24th day of September, 2019.

Mark A. Eisenberg
Notary Public, State of Wisconsin
My commission is permanent.

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Elizabeth Altman, Assistant United States Attorney

/s/ Mark A. Eisenberg
Mark A. Eisenberg